1  Jeremy T. Bergstrom, Esq.                                      E-filed on July 24, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-93515

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING
6  LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-09-21815-LBR |
|---|---|
| CARLOS E. ZEGARRA AKA CARLOS EDGAR ZEGARRA MIRANDA AND BERTHA A. REYES, | Chapter 13 |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

  Jeremy T. Bergstrom, Esq.
  MILES, BAUER, BERGSTROM & WINTERS, LLP
  2200 Paseo Verde Pkwy., Suite 250
  Henderson, NV  89052
  PH (702) 369-5960

            MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    July 23, 2009        By:    /s/ Jeremy T. Bergstrom, Esq.
             Jeremy T. Bergstrom, Esq.
             Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  July 24, 2009 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
David M. Crosby
Crosby & Associates
711 S. 8th St.
Las Vegas, NV. 89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93515/rfsnlv.dot/mlb)**